# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-60047
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 10, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CHRISTOPHER TERRELL BRADLEY,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:16-CR-63-1

Before BENAVIDES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM:[*]

Christopher Terrell Bradley appeals the 60-month sentence imposed following his guilty plea conviction for failure to register as a sex offender. The district court varied above the guidelines range of 30 to 37 months of imprisonment, citing the volume and sometimes violent nature of Bradley's criminal history, the need to afford adequate deterrence to continued criminal conduct, and the need to protect the public from further crimes. These were

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

proper factors for the district court to consider. *See United States v. Smith*, 440 F.3d 704, 708 (5th Cir. 2006).  Given the significant deference that is due to a district court's consideration of the 18 U.S.C. § 3553(a) factors, *see Gall v. United States*, 552 U.S. 38, 51 (2007), and the district court's reasons for its sentencing decision, Bradley has not demonstrated that his sentence is substantively unreasonable or an abuse of discretion, *see United States v. McElwee*, 646 F.3d 328, 344-45 (5th Cir. 2011).

The judgment of the district court is AFFIRMED.